UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SKYLAR HILLS**

**VERSUS**

**OUR LADY OF THE LAKE HOSPITAL, INC., ET AL.**

**CIVIL ACTION**

**NO. 21-280-JWD-RLB**

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 15, 2021 (Doc. 14), to which no objection was filed.

**IT IS ORDERED** that Plaintiff's Motion to Remand to State Court (Doc.8) is GRANTED, and the action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on September 10, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**